UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Gary W. Muffley, Regional Director of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,**

      **Petitioner,**

**-V-**

Case No. 2:06-cv-00420
JUDGE SMITH
Magistrate Judge Kemp

**Ohio and Vicinity Regional Council of Carpenters,**

      **Respondent.**

## ORDER

The Court **GRANTS** petitioners application to file certain exhibits by hard copy only (Doc. 47).

Respondent shall file any additional memoranda and supporting documents in opposition to petitioner's petition for injunction (Doc. 2) by **Thursday, June 15, 2006.** The Court will endeavor to issue a decision as soon thereafter as possible.

      **IT IS SO ORDERED.**

      /s/ George C. Smith
      **GEORGE C. SMITH, JUDGE**
      **UNITED STATES DISTRICT COURT**